UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EVA MORENO, et al | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:21-CV-01371-B |
| | § | |
| MICHAEL DUNN, et al | § | |

## STIPULATION AS TO RESPONSIVE PLEADINGS

Plaintiffs Eva Moreno, Juan Moreno, Valeria Moreno as next friend of A.M. and J.M., and

Jessica Compozana as next friend of J.M.; and Defendant City of Farmers Branch stipulate that

Defendant City of Farmers Branch shall answer or file responsive pleadings or motions in

connection with Plaintiffs' Original Complaint (Doc. 1) no later than **August 3, 2021**.

**AGREED:**                                    **AGREED:**

  /s/*James T. Jeffrey, Jr.*                     /s/*Scott H. Palmer*
JAMES T. JEFFREY, JR.                        SCOTT H. PALMER
State Bar No. 10612300                        State Bar No. 00797196
LAW OFFICES OF JIM JEFFREY               SCOTT H. PALMER, P.C.
3200 W. Arkansas Lane                         15455 Dallas Parkway, Ste. 540
Arlington, Texas 76016                          Addison, Tx 75001
(817) 261-3200                                    (214) 987-4100
(817) 275-5826 FAX                             Fax (214) 922-9900
ATTORNEY FOR DEFENDANT              AND
CITY OF FARMERS BRANCH             CHARLA G. ALDOUS
                                                       State Bar No. 20545235
                                                       ALDOUS WALKER, LLP
                                                       4311 Oak Lawn Ave., Ste. 150
                                                       Dallas, Tx 75219
                                                       (214) 526-5595
                                                       Fax (214) 526-5525
                                                       AND
                                                       JEFFREY RASANSKY
                                                       State Bar No. 16551150
                                                       RASANSKY LAW FIRM
                                                       2525 McKinnon Street, Ste. 550
                                                       Dallas, Tx 75201
                                                       (214) 651-6100
                                                       Fax (214) 651-6150
                                                       ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2021, a copy of the foregoing was sent to all counsel of record by electronic notice through the ECF System for the Northern District of Texas.

_____/s/_James T. Jeffrey, Jr._____
JAMES T. JEFFREY, JR.