UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EVA MORENO, et al | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:21-CV-01371-B |
| | § | |
| MICHAEL DUNN, et al | § | |

## JOINT STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiffs, Eva Moreno individually, Juan Moreno, individually and as a Personal Representative of Juan Manuel "Johnny" Moreno Jr., Valeria Moreno as next friend of A.M. and J.M. and Jessica Compozana, individually and as next friend of J.M., and Defendants, Michael Dunn and Farmers, Branch, Texas, (jointly, the "Parties), and file this Joint Status Report and would show the Court as follows:

1. On September 2, 2021, this Court ordered that this case is stayed pending the conclusion of Defendant Dunn's state criminal proceedings. (ECF 19).

2. This Court further ordered the parties to submit a joint status report on December 2, 2021 and every three months thereafter. (ECF 19). The parties last joint status report was submitted to this Court on August 31, 2023 (ECF 27).

3. Defendant Dunn's state criminal case is still set for trial by the Court to December 11, 2023.

4. Accordingly, the Parties are still waiting for Defendant Dunn's state criminal proceedings to conclude.

Respectfully submitted,

*/s/ James P. Roberts, by permission*

**SCOTT H. PALMER**
Texas Bar No. 00797196
**JAMES P. ROBERTS**
Texas Bar No. 24105721
Colorado Bar No. 46582
**SCOTT H. PALMER, P.C.**
15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone:  214.987.4100
Facsimile:  214.922.9900
scott@scottpalmerlaw.com
james@scottpalmerlaw.com
**ATTORNEYS FOR PLAINTIFFS**


*/s/ D. Randall Montgomery, by permission*

**D. RANDALL MONTOGOMERY**
Texas Bar No. 14289700
rmontgomery@drmlawyers.com
**ALYSSA M. BARRENECHE**
Texas Bar No. 24040607
abarreneche@drmlawyers.com
**D. RANDALL MONTGOMERY &
ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
Telephone:  214.292.2600
Facsimile:  469.568.9323
**ATTORNEYS  FOR  DEFENDANT  MICHAEL
DUNN**


*/s/ James T. Jeffrey, Jr.*

**JAMES T. JEFFREY, JR.**
State Bar No. 10612300
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016
(817) 261-3200
Fax (817) 275-5826
Jim.jeffrey@sbcglobal.net
**ATTORNEY FOR DEFENDANT
CITY OF FARMERS BRANCH**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing is being forwarded this 4th day of December, 2023, the foregoing was electronically filed with the Electronic Case Filing System for the Northern District of Texas and electronic notice of this filing was given to counsel for all parties via the ECF System.

               */s/ James T. Jeffrey, Jr.*
               JAMES T. JEFFREY, JR.